## DAVID HEATH v. DIRECTOR, PATUXENT INSTITUTION

[No. 645, September Term, 1970.]

*Decided February 16, 1971.*

Before MURPHY, C.J., and ORTH and MORTON, JJ.

PER CURIAM.

Heath filed a petition for a writ of habeas corpus claiming denial of his asserted right to have bail set for him pending disposition of his direct appeal of a conviction for assault with intent to murder. The court denied the petition and Heath appealed.

While the Court of Appeals in *Whiteley v. Warden,* 258 Md. 634, decided in 1970, did entertain an appeal in a habeas corpus case involving the alleged erroneous denial of bail after conviction pending direct. appeal, the question of the court's jurisdiction to do so was never raised. We held in *Hudson v. Superintendent,* 11 Md. App. 253, that there is no right of appeal in such cases. Accordingly, the appeal is dismissed.

*Appeal dismissed.*